# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBIN MAYFIELD, ET AL.**                                                              **PLAINTIFFS**

**V.**                                                      **CAUSE NO. 3:17-CV-514-CWR-FKB**

**BUTLER SNOW LLP, ET AL.**                                                             **DEFENDANTS**

## ORDER

On its own motion, the Court strikes the reply brief of Gene Waldrop, Vickie Currie, and Chuck Harrison [Docket No. 41] for failure to comply with the page limitation set forth in Local Rule 7(b)(5). An amended brief will be considered if filed on or before November 27, 2017.

**SO ORDERED**, this the 17th day of November, 2017.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE