IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBIN MAYFIELD, et al.**                                                             **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 3:17cv514-CWR-FKB**

**BUTLER SNOW LLP, et al.**                                                    **DEFENDANTS**

**MOTION OF BUTLER SNOW DEFENDANTS FOR
A JOINT DEADLINE TO SUBMIT WRITTEN OPPOSITIONS TO
PLAINTIFFS' MOTION TO NOTICE DEPOSITION OF THAD COCHRAN**

The Butler Snow Defendants move the Court to set a joint deadline for the Butler Snow Defendants and Senator Cochran to file substantive written oppositions to the Plaintiffs' Motion to Notice Deposition of Thad Cochran. The Senator has requested the opportunity to respond on or before March 15, 2018 [ECF Doc. 69] and that date is agreeable to the Butler Snow Defendants. The reasons for, and details of, this Motion are set forth in the Butler Snow Defendants' Preliminary Response to Plaintiffs' Motion to Notice Deposition of Thad Cochran [ECF Doc. 70], which is hereby incorporated by reference.

RESPECTFULLY SUBMITTED THIS 22nd day of February, 2018.

                                               /s/ Alan W. Perry
                                               Alan W. Perry (MB No. 4127)
                                               Stephen L. Thomas (MB No. 8309)
                                               Simon Bailey (MB No. 103925)
                                               Bradley Arant Boult Cummings LLP
                                               Suite 450, One Jackson Place
                                               188 East Capitol Street
                                               Post Office Box 1789
                                               Jackson, MS 39215-1789
                                               Phone: (601) 948-8000
                                               Facsimile: (601) 948-3000
                                               sthomas@bradley.com
                                               aperry@bradley.com
                                               sbailey@bradley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Alan W. Perry
      Alan W. Perry