# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBIN MAYFIELD, ET AL.**                          **PLAINTIFFS**

**v.**                      **CIVIL ACTION NO.: 3-17-CV-514-CWR-FKB**

**BUTLER SNOW LLP, ET AL.**                        **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that the undersigned, Paul H. Stephenson III, hereby enters his appearance as additional counsel for Thad Cochran who is identified on the civil docket for this case as Movant.

This the 20th day of March 2018.

                                        **Respectfully submitted,**

                                        /s/Paul H. Stephenson III
                                        **Paul H. Stephenson III (MSB #7864)**
                                        **Michael W. Ulmer (MSB #5760)**
                                        **WATKINS & EAGER PLLC**
                                        **Post Office Box 650**
                                        **Jackson, Mississippi 39205**
                                        **Telephone: 601.965.1900**
                                        **Facsimile: 601.965.1901**
                                        pstephenson@watkinseager.com
                                        mulmer@watkinseager.com

                                        *Counsel for Thad Cochran*

## CERTIFICATE OF SERVICE

I, Paul H. Stephenson III, counsel for Thad Cochran, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to counsel for all parties of record in this case.

This the 20th day of March 2018.

                                           */s/Paul H. Stephenson III*
                                           **Paul H. Stephenson III**