**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| ROBIN MAYFIELD, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | )  **CIVIL ACTION NO.: 3:17-CV-514-CWR-FKB** |
| v. | ) |
| | ) |
| BUTLER SNOW LLP, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO NOTICE DEPOSITION OF THAD COCHRAN

COME NOW Plaintiffs Robin Mayfield, Owen Mayfield, William Mayfield, and the Estate of Mark Stevens Mayfield, by and through counsel and for purposes of judicial economy, hereby withdraw their Motion to Notice Deposition of Thad Cochran before the Phase II Discovery Period [Dkt. 68]. Pursuant to the Case Management Order [Dkt. 67], the Phase II Discovery Period begins May 11, 2018. In Phase II, depositions may be noticed and taken. The withdrawal is limited to the extent the Motion seeks to notice the Deposition of Thad Cochran prior to commencement of Phase II of discovery in this matter.

Respectfully submitted this, the 11th day of April 2018.

                                                      */s/Dorsey R. Carson, Jr.*
                                                      Dorsey R. Carson, Jr., Esq. (MSB #10493)
                                                      Julie S. Noone, Esq. (MSB #101591)
                                                      Steve C. Thornton, Esq. (MSB #9216)
                                                      Attorneys for Plaintiffs
                                                      *Robin Mayfield, Owen Mayfield, William Mayfield, and The Estate of Mark Stevens Mayfield*

**OF COUNSEL:**
CARSON LAW GROUP, PLLC
Capital Towers, Suite 1336
Jackson, MS 39201
Telephone: 601.351.9831
Facsimile: 601.510.9056
Email: dcarson@thecarsonlawgroup.com
　　　　jnoone@thecarsonlawgroup.com

-and-

THORNTON LAW FIRM
P.O. Box 16465
Jackson, MS 39236
Telephone: 601.982.0313
Facsimile: 601.957.6554
Email: mail@lawlives.com

## **CERTIFICATE OF SERVICE**

I, Dorsey R. Carson, Jr., the undersigned, do hereby certify that the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 11th day of April, 2018.

*/s/ Dorsey R. Carson, Jr.*
OF COUNSEL