# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| ROBIN MAYFIELD, OWEN MAYFIELD, WILLIAM MAYFIELD, and THE ESTATE OF MARK STEVENS MAYFIELD, <br><br>          Plaintiffs, <br> v. <br><br> BUTLER SNOW LLP, DONALD CLARK, JR., THE CITY OF MADISON, MISSISSIPPI, MARY HAWKINS-BUTLER, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, POLICE CHIEF GENE WALDROP, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, CHUCK HARRISON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, VICKIE CURRIE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, RICHARD WILBOURN, III, and JOHN AND JANE DOES 1 – 10. <br><br>          Defendants. | CIVIL ACTION 3:17-CV-514-CWR-FKB |

## NOTICE OF APPEAL

NOTICE is hereby given that Robin Mayfield, Owen Mayfield, William Mayfield, and the Estate of Mark Stevens Mayfield, plaintiffs in the above named case, appeal to the United States Court of Appeals for the Fifth Circuit from an order of the United States District Court, Southern District of Mississippi, Northern Division, granting a motion to dismiss by Defendants Butler Snow LLP and Donald Clark, Jr. entered in this action on September 18, 2018 (further identified as ECF Doc. # 115).

DATED this, the 18th day of October, 2018.

_____
Dorsey R. Carson, Jr., Esq. (MSB #10493)
Julie C. Skipper, Esq. (MSB #101591)
Steve C. Thornton, Esq. (MSB #9216)

Attorneys for Plaintiffs
                                                        *Robin Mayfield, Owen Mayfield, William*
                                                        *Mayfield, and The Estate of Mark Stevens*
                                                        *Mayfield*

**OF COUNSEL:**

CARSON LAW GROUP, PLLC
Capital Towers, Suite 1336
Jackson, MS 39201
Telephone: 601.351.9831
Facsimile: 601.510.9056
Email: dcarson@thecarsonlawgroup.com
Email: jskipper@thecarsonlawgroup.com

-and-

THORNTON LAW FIRM
P.O. Box 16465
Jackson, MS 39236
Telephone: 601.982.0313
Facsimile: 601.957.6554
Email: mail@lawlives.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 18th day of October, 2018.

_____