# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBIN MAYFIELD; OWEN MAYFIELD;**
**WILLIAM MAYFIELD; THE ESTATE OF MARK**
**STEVENS MAYFIELD**                                                **PLAINTIFFS**

**V.**                                                                         **No. 3:17-cv-00514-CWR-FKB**

**BUTLER SNOW LLP; ET AL.**                                    **DEFENDANTS**

**QUINTON DICKERSON**                                         **MOVANT**

## AFFIDAVIT OF QUINTON DICKERSON

STATE OF MISSISSIPPI
COUNTY OF RANKIN

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Quinton Dickerson, who, after being by me first sworn, states on oath as follows:

1. On or about July 2, 2020, counsel for Plaintiffs filed a Notice of Intent to Serve Subpoena ("Notice") (DOC #306). A Subpoena was included as an exhibit to the Notice. A copy of the Subpoena is attached hereto as **Exhibit 1**.

2. On July 14, 2020, I was served with the Subpoena.

3. I have since performed a good faith search in an effort to produce documents responsive to the Subpoena.

4. After a thorough search of all of the files, servers, phones, text messages, social media accounts, personal email, and all other means of communication to which I have authority to access and are in my possession, custody, or control, in a good faith effort to ascertain the existence of the documents requested in the Subpoena, I have found, and produce herewith, the documents which have been Bates stamped as Dickerson 000001-000035 and

1

are attached hereto as **Exhibit 2**. These responsive documents are articles previously printed from the internet and are easily obtainable through a Google search.

5. Such documents are the only responsive documents in my possession, custody, or control.

AND FURTHER AFFIANT SAYETH NOT.

THIS the 21st day of August, 2020.

_____
**Quinton Dickerson**

SWORN TO AND SUBSCRIBED before me, this the 21st day of August, 2020.

_____
NOTARY PUBLIC

My commission expires:

2-11-23

Prepared by:

_____
JOHN HOWARD SHOWS, MSB #6776
JOHN S. GRANT IV, MSB #103238
SHOWS LAW FIRM PLLC
242 Market Street
Flowood, Mississippi  39232
Telephone:  (601) 664-0044
Facsimile:  (601) 664-0047

2

## CERTIFICATE OF SERVICE

I, John Howard Shows, one of the attorneys for Quinton Dickerson, do hereby certify that on this the 24th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system. I certify that I have this day forwarded via the ECF system, a true and correct copy of the foregoing to all counsel of record who have registered with that system in this case.

_/s/ John Howard Shows_
John Howard Shows