IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBIN MAYFIELD, et al.**                                                                **PLAINTIFFS**

**V.**                                                              **CAUSE NO. 3:17-CV-514-CWR-FKB**

**BUTLER SNOW LLP, et al.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

Having resolved all of the plaintiffs' claims against all of the defendants, it is appropriate to enter Judgment and close this case. Accordingly,

**IT IS HEREBY ORDERED** that all of the plaintiffs' claims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that this case is finally closed on the Court's docket.

**SO ORDERED AND ADJUDGED**, this the 17th day of August, 2021.

                                                    s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE